IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-BNB

AKEEM ABDUALLAH MAKEEN,

     Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC., and
COMCAST,

     Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 8 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

     Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED November 18, 2009, at Denver, Colorado.

                         BY THE COURT:

                         s/ Boyd N. Boland
                         United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02595-BNB

Akeem Abduallah Makeen
3312 S. Tulare Cir.
Denver, CO 80231

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___11/18/09___

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk