IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDULLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC, and
COMCAST,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2010.**

    Plaintiff's unopposed Motion for Leave to Amend Original Title VII Complaint [filed January 4, 2010; docket #16] is **granted**.  The Clerk of Court is directed to enter the "Amened [sic] Title VII Complaint" located at Docket #16-2, pages 1-16.

    In light of the Amended Complaint, Defendants' Partial Motion to Dismiss [filed December 15, 2009; docket #12] is **denied as moot**.