IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST, and
COMCAST OF COLORADO X, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2010.**

    The Stipulated Motion for Entry of Protective Order [filed February 26, 2010; docket #33] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.