IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDULLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC; COMCAST; and COMCAST OF COLORADO X, LLC,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss Defendants Comcast Cable Communications, LLC and Comcast with Prejudice. The Court is advised of the premises therein and finds good cause therefore, it is hereby

ORDERED that the parties' Joint Motion to Dismiss Defendants Comcast Cable Communications, LLC and Comcast with Prejudice [d/e 41], filed April 28, 2010, is **GRANTED** and Defendants Comcast Cable Communications, LLC and Comcast are hereby dismissed from this action with prejudice, each to bear their own attorneys' fees and costs.

Dated this 29th day of April, 2010.

          BY THE COURT:

          s/ Wiley Y. Daniel
          WILEY Y. DANIEL,
          CHIEF UNITED STATES DISTRICT JUDGE