IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 11, 2010.**

    The Joint Motion to Modify Scheduling Order [filed August 9, 2010; docket #55] is **granted**. The discovery cut-off is extended up to and including **August 31, 2010**. The dispositive motion deadline is extended up to and including **September 30, 2010**. All other dates and deadlines remain the same.