IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDULLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC; COMCAST; and COMCAST OF COLORADO X, LLC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion to Strike Plaintiff's Motion for a Determination as a Matter of Law [ECF No. 69], filed October 14, 2010 is **GRANTED.** Plaintiff's Motion for a Determination as a Matter of Law [ECF No. 66] is hereby **STRICKEN** as untimely. Plaintiff has not requested leave to file a dispositive motion beyond the September 30, 2010 deadline nor has he shown good cause for moving the deadline.

    Dated: October 22, 2010