IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.  09-cv-02595-WYD-MEH | Date:   November 8, 2010 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

AKEEM ABDUALLAH MAKEEN,                                     John Francis McBride

    Plaintiff,

vs.

COMCAST OF COLORADO X, LLC,                                Darin L. Mackender

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session:**   **9:38 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.

The Court advises Plaintiff that he **may not** file pleadings with the Clerk of the Court on his own, because he is represented by an attorney.  If Plaintiff continues to file documents without his attorney's knowledge, the documents will be stricken.

Discussion regarding Plaintiff's "Unopposed" Motion to File Under Seal Plaintiff's Supplemental Response to Defendant's Motion for Summary Judgment and all exhibits (Doc. #82, filed 11/4/10 by the plaintiff and not his attorney), Plaintiff's Motion for Leave to File Supplemental Response to Defendant's Motion for Summary Judgment (Doc. #83, filed 11/4/10 by the plaintiff and not his attorney), discovery to be completed, and Defendant's Motion to Compel Discovery (Doc. #80, filed 11/3/10).

    **ORDERED:**  Defendant's Motion to Compel Discovery (Doc. #80, filed 11/3/10) is GRANTED as stated on the record.  Mr. Mackender shall file a supplement regarding the confidentiality of Plaintiff' medical records.

Argument and discussion regarding Plaintiff's Motion to Compel (Doc, #77, filed 10/29/10).

    **ORDERED:**  Plaintiff's Motion to Compel (Doc, #77, filed 10/29/10) is GRANTED in part and DENIED in part as stated on the record.  Mr. Mackender is directed to investigate whether the requested logs from November 7, 8, and 9, 2007, exist, and if so, how difficult it is to produce those logs to Plaintiff.  The discovery will be limited to the affirmative defenses contained on page 4 of the proposed Final Pretrial Order.

**ORDERED:**  The Final Pretrial Order will not be entered at this time.  The Final Pretrial Conference is **reset** for **January 18, 2011, at 9:45 a.m.**  An updated Final Pretrial Order is to be supplied by **one week prior to the conference.**

**Court in recess:**     **10:27 a.m.**     **(Hearing concluded)**
**Total time in court:**  0:49