IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02595-WYD-MEH

AKEEM ABDULLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC; COMCAST; and COMCAST OF COLORADO X, LLC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    This matter is before the Court on Plaintiff's *pro se* Motion to File Under Seal Plaintiff's Supplemental Response to Defendant's Motion for Summary Judgment [ECF No. 82], filed November 4, 2010; Plaintiff's *pro se* Motion for Leave to File Supplemental Response to Defendant's Motion for Summary Judgment [ECF No. 83], filed November 4, 2010; and Plaintiff's *pro se* Motion for the Court to Immediately Seal, and Motion for Sanctions for Violation of Protective Orders [ECF No. 86], filed November 4, 2010. Plaintiff is currently represented by counsel.  Consequently, the Court will not consider motions that the Plaintiff has filed *pro se*.  Plaintiffs motions [ECF No. 82, 83, and 86] are **DENIED.**

    Dated:  November 8, 2010.