IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

     Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2010.**

     Plaintiff's unopposed "Motion to Correct Magistrate Judge Michael E. Hegarty Order of November 8, 2010" [filed November 16, 2010; docket #99] is **granted** as follows. The Court takes notice that Plaintiff believes the relevant date for the investigation of Defendant's logs is November 13, 2007. As this motion is unopposed, the Court modifies its order issued November 8, 2010, directing Mr. Mackender to investigate whether the requested logs from November 13, 2007, exist, and if so, how difficult it is to produce such logs to Plaintiff. (*See* docket #90 at 1.)

     Plaintiff's Motion to File Supplemental Response to Defendant's Motion for Summary Judgment and for Extension to File Response [filed November 16, 2010; docket #100] is **granted in part** and **denied in part**. Although the Court recognizes the relief requested is opposed by Defendant, the Court believes that justice requires permitting a supplemental response in light of the withdrawal of Plaintiff's counsel (at his request). The Court further construes Plaintiff's motion to request the re-opening of discovery. The discovery cut-off was August 31, 2010, and the dispositive motion deadline was September 30, 2010. (Docket #58.) A Final Pretrial Conference is presently scheduled for January 18, 2011. The Court ordered limited additional discovery on November 8, 2010. (*See* docket #90.) Accordingly, the Court extends the discovery deadline to **December 8, 2010**. Plaintiff may supplement his response to Defendant's motion for summary judgment on or before **December 8, 2010**. Defendant may file a surreply on or before **December 17, 2010**. Absent exceptional cause, the Court will likely decline to entertain any further request for extensions of time.

     Plaintiff's Motion for Sealing Records [filed November 16, 2010; docket #101] is **granted in part** and **denied in part** as follows. Plaintiff asks the Court to seal the documents located at dockets ##66, 71, and 80, due to the disclosure of certain medical information. Plaintiff bases his request on the governing protective order in this matter. For the reasons Defendant's Motion for Summary Judgment is filed under seal, the Court directs the Clerk of Court to maintain the documents at dockets ##66 and 71 under seal. (*See* docket #70.) Regarding docket #80, Plaintiff believes this motion should be maintained under seal because it mentions Plaintiff's doctors names.

The Court agrees, in part, and directs the Clerk of Court to maintain under seal the document located at docket #80-1.