IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2010.**

    Defendant's Unopposed Motion for Entry of Supplemental Protective Order [filed November 24, 2010; docket #106] is **granted**.  The proposed Supplemental Protective Order is accepted and entered contemporaneously with this minute order.