IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2010.**

    Plaintiff's Motion for Rule 37 Sanctions [filed December 9, 2010; docket #121] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court also reminds Plaintiff that still pending before the Court is Plaintiff's first Motion for Rule 37 Sanctions and for Stay of All Proceedings in this Case [filed December 2, 2010; docket #110].

    Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment [filed December 7, 2010; docket #113 (sealed #112)] is **denied**. Plaintiff brings this Motion to Strike pursuant to Rule 12(f). Rule 12(f), by its plain language, applies to pleadings. A motion for summary judgment is not a pleading. *See* Fed. R. Civ. P. 7(a) (2010). Additionally, Plaintiff did not comply with D.C. Colo. LCivR 7.1A in filing this motion.

    The notice titled "Plaintiff Proceeding Pro Se" [filed November 12, 2010; docket #95], filed as a motion, is **denied as moot** in light of the Court's minute order entered November 19, 2010 [docket #105], permitting Plaintiff to supplement his response to Defendant's motion for summary judgment on or before December 8, 2010. Defendant may file a surreply on or before December 17, 2010.