IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 14, 2010.**

    Defendant's Motion to Strike . . . [filed December 10, 2010; docket #125] is **granted** as stated below. However, the Court notes Defendant's deficient compliance with D.C. Colo. LCivR 7.1A. Any future filings similarly deficient may be stricken.

    Plaintiff's Motion for Rule 37 Sanctions and for Stay of All Proceedings in this Case [filed December 2, 2010; docket #110] and corresponding Memorandum of Law [filed December 7, 2010; docket #115] are **stricken** for failure to comply with Judge Daniel's Practice Standards Section II.E and D.C. Colo. LCivR 7.1C. Plaintiff may re-file this motion, not exceeding fifteen pages and incorporating legal authority, on or before **December 20, 2010**. Plaintiff must also fully comply with D.C. Colo. LCivR 7.1A.