IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2010.**

    Plaintiff's Motion to Stay Proceeding [filed December 13, 2010; docket #134] is **denied**. Plaintiff requests a stay of the Court's adjudication of the pending Motion for Summary Judgment during the pendency of certain discovery motions. The Court declines to enter a stay on this basis; however, the Court may entertain a second request by Plaintiff to supplement his response depending on the outcome of the discovery motions.

    Pending before the Court is Plaintiff's Second Motion to Compel [filed December 13, 2010; docket #131]. Defendant shall respond to this motion on or before **December 22, 2010**.