IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2010.**

    Plaintiff's Second Motion to Compel [filed December 13, 2010; docket #131] is **denied as duplicative**. This motion lifts, almost word for word, the motion to compel at docket #77, which the Court disposed of at the November 8, 2010 Motion Hearing. (Docket #90.) The Court declines to reconsider its previous order.

    The Court directs Plaintiff to D.C. Colo. LCivR 7.1H, prescribing that "[m]otions, responses, and replies shall be concise. A verbose, redundant, ungrammatical, or unintelligible motion, response or reply may be stricken or returned for revision, and its filing may be grounds for imposing sanctions."

    Plaintiff's Motion to Stay Proceeding [filed December 18, 2010; docket #147] is **denied**. The Court has, for its consideration, Defendant's Motion for Summary Judgment (docket #65), Plaintiff's Response (docket #71), Plaintiff's Supplemental Response (docket #84), Defendant's Reply (docket #92), Plaintiff's second Supplemental Response (docket #127), and Defendant's Surreply (docket #145). At this time, the Court finds no good cause to stay its consideration of the motion for summary judgment and subsequent briefing pending the outcome of Plaintiff's motion for sanctions or third motion to compel.