IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 3, 2011.**

Plaintiff's Unopposed Motion to File Under Seal [filed December 27, 2010; docket #159] is **granted in part** and **denied in part**. After review of the documents Plaintiff seeks sealed, the Court finds that pages 38-40 of docket #160-1 are properly sealed and directs the Clerk of Court to maintain these pages under seal. All other pages shall be unsealed.

Plaintiff's Unopposed Motion to File Under Seal [filed December 28, 2010; docket #163] is **granted**. The Clerk of Court is directed to maintain under seal the documents located at docket #165.

The Court notes Plaintiff's repeated filing of documents under seal that do not meet the terms of the governing protective order nor do the documents demonstrate the requisite showing of strong privacy interests. The Court encourages Plaintiff to exercise discretion in requesting that certain documents be sealed, consistent with D.C. Colo. LCivR 7.2. "There is a presumption that documents essential to the judicial process are to be available to the public, but they may be sealed when the public's right of access is outweighed by interests which favor nondisclosure." *Peru v. T-Mobile USA, Inc.*, No. 10-cv-01506-MSK-BNB, 2010 WL 2724085, at *1 (D. Colo. July 7, 2010) (citing *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997)). "A strong showing that privacy interests outweigh the public interest is required to ensure public confidence in the judicial process." *Id.* (citation omitted).

Plaintiff's Motion for Ruling [filed December 28, 2010; docket #169] is **denied**. As explained to Plaintiff by the Clerk's Office, the ECF Filing Procedures do not permit a *pro se* plaintiff to file documents under seal through the ECF system. Plaintiff may continue filing documents under seal with an accompanying motion to seal at the Clerk's Office.