IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2011.**

    Plaintiff's Motion for Leave to Supplement Plaintiff's Third Motion to Compel Discovery Request and Motion to Extend Scheduling Order Deadlines [filed December 27, 2010; docket #161] is **granted**. Defendant addresses Plaintiff's supplement in its response (docket #182 at 1-2). In the interests of a thorough adjudication of Plaintiff's motion, the Court will consider the supplemental materials.

    Plaintiff's Motion for Leave to Supplement Plaintiff's First Supplemental Response to Defendant's Motion for Summary Judgment [filed December 28, 2010; docket #164] is **denied without prejudice**. Plaintiff does not indicate how the proffered information is supplementary to his response to Defendant's motion for summary judgment. The Court is under no obligation to sift through the record to construct support for Plaintiff's case. *SEC v. Thomas,* 965 F.2d 825, 827 (10th Cir. 1992). The Court has, for its consideration, Defendant's Motion for Summary Judgment (docket #65), Plaintiff's Response (docket #71), Plaintiff's Supplemental Response (docket #84), Defendant's Reply (docket #92), Plaintiff's second Supplemental Response (docket #127), and Defendant's Surreply (docket #145). At this time, the Court perceives no need for additional supplementation.

    Plaintiff's Motion to Seal [filed January 3, 2011; docket #174] is **granted**. The Clerk of Court is directed to maintain under seal the documents located at docket #175 until further order of the Court.

    Plaintiff's Motion for an Evidentiary Hearing on Rule 37 Sanctions [filed January 6, 2011; docket #189] is **denied**. The Court will schedule a hearing if it determines one is necessary.