IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

      Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2011.**

      Plaintiff's Motion to Modify Schedule [sic] Order [filed January 11, 2011; docket #196] is **granted in part** and **denied in part**. Although the motion is opposed, the Court recognizes that Plaintiff's *pro se* status affords him certain leniencies, and in consideration of the withdrawal of Plaintiff's counsel (at Plaintiff's behest) mid-litigation, the Court believes certain extensions, limited as follows, are in the interests of justice. Absent exceptional cause, the Court will likely decline to entertain any further request for extension of time.

      The Court accepts as filed Plaintiff's Motion for Summary Judgment [filed January 3, 2011; docket #176 (sealed #175)]. Defendant shall respond on or before **February 4, 2011**. Plaintiff may reply within *fourteen days* of Defendant's response. Plaintiff's Motion for Leave . . . [filed January 3, 2011; docket #177] is **denied as moot**.

      The discovery period is closed, and no extension is granted. However, Plaintiff may serve the expert disclosures referred to in his motion to Defendant on or before **January 20, 2011**. (*See* docket #196 at 1-2.) After review of Plaintiff's expert disclosures, if Defendant believes further expert discovery is necessary, it may submit its request to the Court in the form of a motion, on or before **January 27, 2011**.

      The Final Pretrial Conference set for January 20, 2011, is **vacated** and **rescheduled** to **March 9, 2011**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

2

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

      **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading are posted in the forms section of the website.**

      The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C. Colo. LCivR 83.2B.