IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2011.**

    Plaintiff's Motion for Reconsideration of January 11, 2011 Order (Docket 194) [filed January 12, 2011; docket #199] is **denied**. The Federal Rules of Civil Procedure do not explicitly provide for motions for reconsideration. A motion for reconsideration prior to the entry of judgment "falls within a court's plenary power to revisit and amend interlocutory orders as justice requires." *Innovatier, Inc. v. CardXX Inc.*, No. 08-cv-00273-PAB-KLM, 2011 WL 93720, at *1 (D. Colo. Jan. 11, 2011). In evaluating a motion for reconsideration of an interlocutory order, "courts consider whether new evidence or legal authority has emerged or whether the prior ruling was clearly in error." *Id*. After review of Plaintiff's motion and Defendant's response, the Court agrees with Defendant that Plaintiff presents no new relevant evidence or legal authority, nor does Plaintiff meet his burden to establish this Court committed clear error in its January 11, 2011 order. (*See* docket #194.) Even if the logs Plaintiff seeks exist intact, the production of these logs would not be relevant to Plaintiff's case because the logs were not considered in the investigation and subsequent termination of Plaintiff's employment with Defendant. (*Id*. at 3-4.) Accordingly, Plaintiff's motion for reconsideration is denied.