IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2011.**

    Plaintiff's Second Motion for Leave to Supplement Plaintiff's First Supplemental Response to Defendant's Motion for Summary Judgment [filed January 19, 2011; docket #202] is **denied without prejudice**. The Court has, for its consideration, Defendant's Motion for Summary Judgment (docket #65), Plaintiff's Response (docket #71), Plaintiff's Supplemental Response (docket #84), Defendant's Reply (docket #92), Plaintiff's second Supplemental Response (docket #127), and Defendant's Surreply (docket #145). Plaintiff does not clearly articulate what new information he is adding to his three responses. If Plaintiff re-files this motion to again supplement, the proposed supplement must include *only* the supplementary information and may not duplicate the papers already before the Court.