IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2011.**

    The Court construes Plaintiff's motion titled "Plaintiff Moves to Withwdrew [sic] his Second Amended Verified Complaint and Jury Demand Without Prejudice" [filed March 7, 2011; docket #256] as a motion to withdraw the pending Motion for Leave to File Second Amended Verified Complaint [filed February 4, 2011; docket #213]. The Court **grants** the motion to withdraw [#256], and the motion for leave [#213] is hereby **withdrawn**.

    The Court reminds Plaintiff of his continuing obligation to confer with counsel for Defendant pursuant to D.C. Colo. LCivR 7.1A.