IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2011.**

    Plaintiff's Motion for "Leave to Supplement Plaintiff's First Supplemental Response to Defendant's Motion for Summary Judgment" [filed March 2, 2011; docket #247 (sealed #245)] and Plaintiff's Third Motion for Leave to Supplement . . . [filed March 6, 2011; docket #252] are **granted** as follows. The Court accepts the additional supplements located at docket #246 and #253 for review in adjudicating the pending motion for summary judgment. Defendant, in its discretion, may file a supplemental surreply in response to the issues raised in these third and fourth supplemental responses on or before **March 14, 2011**.

    The Court will not accept any further "supplemental" information from Plaintiff. Any additional motion for leave to file a supplement shall be stricken. The Court has, for its consideration, Defendant's Motion for Summary Judgment (docket #65), Plaintiff's Response (docket #71), Plaintiff's Supplemental Response (docket #84), Defendant's Reply (docket #92), Plaintiff's second Supplemental Response (docket #127), Defendant's Surreply (docket #145), Plaintiff's third Supplemental Response (docket #246), Plaintiff's fourth Supplemental Response (docket #253), and any supplemental surreply that Defendant may file, if it so chooses. The briefing on the dispositive motions pending before the Court is hereby closed.