IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

    Plaintiff's Unopposed Motion to File Under Seal [filed March 11, 2011; docket #261] is **denied**. Plaintiff asks the Court to maintain under seal the proposed amendments to his Amended Complaint on the basis that the amendments refer to Plaintiff's health condition. The Court does not find this reasoning compelling. The Court distinguishes granting a motion to seal certain evidentiary information containing specific personal information from claims premised on Plaintiff's medical condition. "The fact that the Plaintiff's disability claims . . . entail the revelation of information about [his] health and medical condition does implicate some personal privacy interests, but, . . . when [he] elects to bring a legal claim to which [his] medical condition is central, that privacy interest will almost always have to yield to the public interest in open judicial proceedings." *Peru v. T-Mobile USA, Inc.*, No. 10-cv-01506-MSK-BNB, 2010 WL 2724085, at *2 (D. Colo. July 7, 2010). Therefore, the Court declines to maintain under seal Plaintiff's proposed amendments to his Amended Complaint. The Clerk of Court is directed to unseal docket #262.

    The motion at docket #263 (sealed #262), titled "Second Motion to Amend Original Title VII Complaint," is actually the proposed amendment to the Amended Complaint. The Clerk of Court is directed to **terminate** this motion, and the Court will consider the proposed amendment in its adjudication of the pending motion for leave at docket #265.