IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02595-WYD-MEH

AKEEM ABDUALLAH MAKEEN,

    Plaintiff,

v.

COMCAST OF COLORADO X, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2011.**

    Plaintiff's Second Motion to Modify Schedule Order [filed March 11, 2011; docket #266] is **denied as moot**. The Court will consider the parties' arguments regarding the deadline for amendment of pleadings in its adjudication of Plaintiff's pending Second Motion for Leave to Amend (docket #265).

    Plaintiff's "Brief in Support of Plaintiff's Motion for Leave to File Third Amended Verified Complaint" [filed April 7, 2011; docket #282] is hereby **stricken**. Plaintiff filed his motion on March 11, 2011 (docket #265), Defendant responded on April 4, 2011 (docket #277), and Plaintiff replied on April 5, 2011 (docket #279). The briefing is thus complete, and no further briefing will be accepted without leave of Court.