IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02595-WYD-MEH

AKEEM ABDULLAH MAKEEN,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC; COMCAST; and COMCAST OF
COLORADO X, LLC,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for the Court to Reconsider its Order Denying Plaintiff Leave to
Preceed [sic] In Forma Pauperis on Appeal, filed September 21, 2011 [ECF No. 304] is
**DENIED**.  Plaintiff may file a motion to proceed on appeal in forma pauperis in the Court
of Appeals pursuant to Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

    Dated:  September 30, 2011